

No. 11–0526/AF. U.S. v. Kody T. Weeks. CCA 37535. Appellee's motion to file a substitute joint appendix is granted.

No. 12–0099/AR. U.S. v. Matthew J. McClain. CCA 20090446. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 2, 2011.

No. 12–0100/AF. U.S. v. Chase C. Montgomery. CCA 37556. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 2, 2011.

No. 12–0101/AF. U.S. v. Angel D. Santos. CCA 37669. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 2, 2011.

No. 12–0102/AF. U.S. v. Joseph M. Emmons. CCA 37738. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 2, 2011.

No. 12–0103/AR. U.S. v. Robert G. Bulechek. CCA 20100565. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 2, 2011.

No. 12–0105/AR. U.S. v. John C. Boddy. CCA 20100078. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2011.

No. 12–0107/AF. U.S. v. Michael O. Clark. CCA 37494. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2011.

No. 12–0108/AF. U.S. v. Megan L. Cooper. CCA S31727. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2011.

No. 12–0113/AF. U.S. v. Timothy J. Gazzola. CCA S31764. Appellant's motion to extend time to file the supplement to the petiton for grant of review granted to November 3, 2011.

No. 12–0114/AF. U.S. v. Christopher R. Howard. CCA S31662. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2011.